JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT TENNEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BP WEST COAST PRODUCTS, LLC, a Delaware Limited Liability Company; BP PRODUCTS NORTH AMERICA, INC. a Maryland corporation; DALE ERICKSON, an individual; DAN ROBINSON; an individual; MARYCLAIRE HAMMOND, an individual; and DOES 1 - 50 inclusive,<br><br>Defendants. | **Case No.: SACV12-1493 JVS (RNBx)**<br>[Action File: August 7, 2012]<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND TO STATE COURT AND VACATING DEFENDANTS' MOTION TO DISMISS** |

## ORDER

This matter come on for hearing on December 3, 2012, via noticed motion by Plaintiff Scott Tenney ("Plaintiff"), for this Court to remand this action back to the Superior Court of the State of California, County of Orange, for lack of diversity jurisdiction. (Motion to Remand, Docket No. 36.) Defendants BP West Coast Products, LLC ("BP West"), BP Products North America, Inc. ("BP Products"), Dale Erickson ("Erickson"), Dan Robinson ("Robinson"), and Maryclaire Hammond ("Hammond") (collectively, "Defendants") timely opposed. (Opposition to Motion to Remand ("Opp."), Docket No. 42.) Plaintiff timely replied. (Reply to Opposition ("Reply"), Docket No. 45.) The Court, having considered Plaintiff's moving papers and reply,

---

**1**
**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND TO SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY ORANGE, AND VACATING DEFENDANTS' MOTION TO DISMISS**

1   Defendants' opposing papers, and after having heard the arguments of both parties, this Court
2   adopts its tentative ruling as set forth in its Minute Order dated December 3, 2012, and hereby
3   **GRANTS** Plaintiff's motion to remand and orders this matter remanded to Superior Court of
4   California, County of Orange - Central Justice Center.

5          **ACCORDINGLY, IT IS ORDERED , ADJUDGED AND DECREED THAT:**

6       1.   The above-entitled case is hereby REMANDED to the Superior Court of the State of
7   California, County of Orange - Central Justice Center;
8       2.   the Clerk of the United States District Court, Central District of California is hereby
9   DIRECTED to forward a certified copy of this Order to the Clerk of the Superior Court for the
10   State of California, County of Orange - Central Justice Center, Case No. 30-2012-00589281;
11   and,
12       3.   to the extent not otherwise disposed of herein, all pending motions before this Court,
13   including Defendants' Motion to Dismiss, are hereby DENIED as moot and thereby vacated.

14

15       **IT IS SO ORDERED.**

16

17   DATED: December 12, 2012

                                            UNITED STATES DISTRICT JUDGE
18                                             Judge James V. Selna

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1551 N. Tustin Avenue, Suite 910, Santa Ana, California 92705.

I hereby certify that on **December 12, 2012**, I electronically filed the foregoing document entitled: **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND TO SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY ORANGE, AND VACATING DEFENDANTS' MOTION TO DISMISS,** with the Clerk of Court using the Case Management/Electronic Case Filing system "CM/ECF" which after filing will send notification and copies of such filing(s) to the following interested parties:

SEYFARTH SHAW LLP
Simon L. Yang (SBN 260286)
syang@seyfarth.com
333 South Hope Street, Suite 3900
Los Angeles, California 90071-3043
Telephone: (213) 270-9600; Facsimile: (213) 270-9601

Attorneys for Defendants
BP WEST COAST PRODUCTS LLC;
BP PRODUCTS NORTH AMERICA INC.;
DALE ERICKSON; DAN ROBINSON; and
MARYCLAIRE HAMMOND

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed **December 12, 2012**, at Santa Ana, California.

_____
Michaele King